# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Knapp Medical Center, et al.

v.  **Case No:** 16-5234

Sylvia Burwell, in her official capacity

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

☐ Appellant(s)/Petitioner(s)   ☉ Appellee(s)/Respondent(s)   ☐ Intervenor(s)   ☐ Amicus Curiae

Sylvia Mathews Burwell, in her official capacity

Names of Parties                                    Names of Parties

### Counsel Information

**Lead Counsel:** Caroline D. Lopez

**Direct Phone:** (202) 514-4825   **Fax:** (202) 307-2551   **Email:** caroline.d.lopez@usdoj.gov

**2nd Counsel:** Alisa B. Klein

**Direct Phone:** (202) 514-1597   **Fax:** (202) 514-8151   **Email:** alisa.klein@usdoj.gov

**3rd Counsel:**

**Direct Phone:** (   )    -     **Fax:** (   )    -     **Email:**

**Firm Name:** U.S. Department of Justice

**Firm Address:** 950 Pennsylvania Ave., NW., Washington, D.C. 20530

**Firm Phone:** (   )    -     **Fax:** (   )    -     **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2016, I filed the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system

                                                  s/ Caroline D. Lopez
                                                  Caroline D. Lopez